```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 11034
   OQUINSIVER PHILLIPS
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

          Debtor
    SSN XXX-XX-0352


------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
    The case was filed on 06/20/2007 and was not confirmed.

    The case was dismissed without confirmation 10/01/2007.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                             PAID           PAID
------------------------------------------------------------------------------
GMAC                       SECURED VEHIC     5909.00             .00         129.31
JERALDYNE HARRIS           NOTICE ONLY      NOT FILED            .00            .00
IL DEPT OF HEALTHCARE &    DSO ARREARS      NOT FILED            .00            .00
INTERNAL REVENUE SERVICE   PRIORITY         NOT FILED            .00            .00
SPRINT-NEXTEL CORP         UNSECURED         2122.35             .00            .00
DIRECTV                    UNSECURED        NOT FILED            .00            .00
AT & T                     UNSECURED        NOT FILED            .00            .00
SBC ILLINOIS               UNSECURED        NOT FILED            .00            .00
CITY OF BLUE ISLAND        UNSECURED        NOT FILED            .00            .00
CITY OF CHICAGO PARKING    UNSECURED        NOT FILED            .00            .00
MIDLAND CREDIT MANAGEMEN   UNSECURED          190.42             .00            .00
COMCAST                    UNSECURED        NOT FILED            .00            .00
ENTERPRISE RENT A CAR      UNSECURED        NOT FILED            .00            .00
AT&T BROADBAND             UNSECURED        NOT FILED            .00            .00
HOLLYWOOD VIDEO            UNSECURED        NOT FILED            .00            .00
CHICAGO AVE GARAGE FED C   UNSECURED        NOT FILED            .00            .00
WESTSIDE PATHOLOGY ASSOC   UNSECURED        NOT FILED            .00            .00
WASHINGTON MUTUAL          UNSECURED        NOT FILED            .00            .00
T MOBILE                   UNSECURED        NOT FILED            .00            .00
COMMONWEALTH EDISON        UNSECURED        NOT FILED            .00            .00
ILLINOIS STATE TOLL HWY    UNSECURED        NOT FILED            .00            .00
MISTER SHOP                UNSECURED        NOT FILED            .00            .00
EVERGREEN EMERGENCY SERV   UNSECURED        NOT FILED            .00            .00
WEST SUBURBAN EYE ASSOCI   UNSECURED        NOT FILED            .00            .00
NEXTEL                     UNSECURED        NOT FILED            .00            .00
NICOR GAS                  UNSECURED          191.46             .00            .00
VILLAGE OF BELLWOOD        UNSECURED         5000.00             .00            .00
VILLAGE OF BELLWOOD        UNSECURED        NOT FILED            .00            .00
VILLAGE OF BELLWOOD        UNSECURED        NOT FILED            .00            .00
VILLAGE OF BELLWOOD        UNSECURED        NOT FILED            .00            .00
VILLAGE OF BELLWOOD        UNSECURED        NOT FILED            .00            .00
VILLAGE OF BELLWOOD        UNSECURED        NOT FILED            .00            .00
VILLAGE OF BELLWOOD        UNSECURED        NOT FILED            .00            .00
VILLAGE OF BELLWOOD        UNSECURED        NOT FILED            .00            .00
VILLAGE OF BELLWOOD        UNSECURED        NOT FILED            .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 11034 OQUINSIVER PHILLIPS
```

```
VILLAGE OF BELLWOOD        UNSECURED       NOT FILED            .00              .00
VILLAGE OF BELLWOOD        UNSECURED       NOT FILED            .00              .00
VILLAGE OF BELLWOOD        UNSECURED       NOT FILED            .00              .00
COURTLAND PROPERTIES       NOTICE ONLY     NOT FILED            .00              .00
VILLAGE OF FOREST PARK     UNSECURED       NOT FILED            .00              .00
ER SOLUTIONS INC           UNSECURED          861.29            .00              .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY      3,334.00                             .00
TOM VAUGHN                 TRUSTEE                                              9.58
DEBTOR REFUND              REFUND                                             416.67

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                             RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                        555.56

PRIORITY                                                 .00
SECURED                                               129.31
UNSECURED                                                .00
ADMINISTRATIVE                                           .00
TRUSTEE COMPENSATION                                    9.58
DEBTOR REFUND                                         416.67
                           ---------------    ---------------
TOTALS                         555.56               555.56
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                     /s/ Tom Vaughn
     Dated: 02/26/08                 _____
                                     TOM VAUGHN
                                     CHAPTER 13 TRUSTEE